[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 1203.]

THE STATE OF OHIO, APPELLEE, *v.* PARKER, APPELLANT.

[Cite as *State v. Parker*, 1996-Ohio-344.]

*Appeal dismissed as improvidently allowed.*

(No. 95-1999—Submitted October 9, 1996—Decided November 6, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 95APC05-606.

————————

*Ronald J. O'Brien*, City Attorney, *David M. Buchman*, City Prosecutor, and *Brenda J. Keltner*, Assistant City Prosecutor, for appellee.

*Daniel D. Connor Co., L.P.A.,* and *Daniel D. Connor,* for appellant.

————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

————————